AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Kristen Naylor-Legg<br><br>*Defendant* | )<br>)  Case No. 2:21-mj-00068<br>)<br>)<br>)<br>) |

**FILED**
MAR 3 0 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kristen Naylor-Legg,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1591(a)(1) - Sex Trafficking of a Minor

REC'D USMS CHARLESTON, WV
MAR 24 2021 PM 3:49

Date: 03/24/2021

*Issuing officer's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/24/21, and the person was arrested on *(date)* _____
at *(city and state)* Gauley Bridge, WV.

Date: 3/26/21

S/A Brian Morris
*Arresting officer's signature*

Brian Morris  Special Agent
*Printed name and title*