```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON
```

UNITED STATES OF AMERICA

v.        CRIMINAL NO. 2:21-cr-00062

KRISTEN NAYLOR-LEGG

<u>ORDER</u>

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal without prejudice of Count Three of the Second Superseding Indictment in this case as to Kristen Naylor-Legg.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant Kristen Naylor-Legg, and to the United States Marshals Service.

Enter: 31 Aug 2023

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE