# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                       CRIMINAL ACTION NO. 2:21-cr-00062-02

KRISTEN NAYLOR-LEGG

## WITNESS LIST

| Presiding Judge: | Govt Attorney(s): | Defendant Attorney(s): |
|---|---|---|
| Joseph R. Goodwin | Jennifer Rada Herrald and Monica Coleman | J. Miles Morgan |
| **Proceeding Date(s):** 8-31-2023 | **Court Reporter:** Amanda Pickens | **Courtroom Deputy:** Robin Clark |

| Date | Govt No. | Witness | Date | Deft No. | Witness |
|---|---|---|---|---|---|
| | | | 8-31-23 | 1 | Timothy Sarr, Ph.D. |