IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00062-01

LARRY ALLEN CLAY, JR.

**ORDER**

Pending before the court is the motion by the defendant to continue sentencing hearing and deadline to submit supplemental sentencing memorandum [ECF No. 393]. For good cause shown, the motion to continue is **GRANTED**. The sentencing hearing, previously scheduled in this matter for October 28, 2024, at 1:30 p.m., is **CONTINUED** to **December 19, 2024, at 11:00 a.m**. The United States and counsel for the defendant may file a supplemental sentencing memorandum no later than **December 12, 2024**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: October 16, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE