IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                           **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

    **DEFENDANT.**

### MOTION OF DEFENDANT LARRY CLAY TO REOPEN POST-TRIAL MOTIONS AND TO ALLOW DEFENDANT TO FILE A MOTION FOR NEW TRIAL/MISTRIAL BASED UPON AN UNWAIVABLE CONFLICT

Now comes Defendant, Larry Allen Clay, Jr., by his undersigned counsel, Timothy J. Lafon, and moves this Honorable Court to allow the Post-Trial Motions to be reopened to allow the Defendant to file a Post-Trial Motion based upon an <u>unwaivable</u> conflict with his prior counsel. Since the Motion for a New Trial based upon the conflict between the Defendant and his counsel would not have been raised by prior counsel as it implicated the conduct of the Defendant's counsel justice would require an allowance for new counsel to file a Motion based thereupon.

Therefore, the Defendant, moves this Honorable Court for an Order based upon this Motion to file a Motion based upon an unwaivable conflict between the Defendant and his prior counsel and for such other and further relief as this Court deems just.

**LARRY ALLEN CLAY, JR.**

**By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Counsel for Defendant

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                      **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

      **DEFENDANT.**

**CERTIFICATE OF SERVICE**

I, Timothy J. LaFon, do hereby certify that the foregoing **"MOTION OF DEFENDANT LARRY CLAY TO REOPEN POST-TRIAL MOTIONS AND TO ALLOW DEFENDANT TO FILE A MOTION FOR NEW TRIAL/MISTRIAL BASED UPON AN UNWAIVABLE CONFLICT"** has been served upon all parties via the Court's electronic filing system on the 4th day of December, 2024

        Jennifer Rada Herrald, Assistant U.S. Attorney
        U.S. Attorney's Office
        300 Virginia Street, East, Room 400
        Charleston, West Virginia  25301

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    Counsel for Defendant