**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

v.                                        CRIMINAL ACTION NO. 2:21-cr-00062-01

LARRY ALLEN CLAY, JR.

**ORDER**

Pending before the court are two motions: (1) the defendant's motion to reopen post-trial motions and to allow defendant to file a motion for new trial/mistrial based upon an unwaivable conflict and (2) the defendant's motion to grant a new trial/mistrial or in the alternative motion to vacate the jury verdict, [ECF Nos. 395, 396]. The court **DIRECTS** the United States to file responses to both motions on or before **Wednesday, December 11, 2024**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   December 9, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE