IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA,**

**V.**                                                         **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

     **DEFENDANT.**

### MOTION TO WITHDRAW AS COUNSEL

Now comes Defendant's counsel, Timothy J. Lafon, and moves this Court to withdraw as counsel from this matter. In support of this motion, Defendant's counsel states as follows:

1. Irreconcilable differences have arisen between the Parties and the Defendant has lost confidence in Defense Counsel.

2. This request to withdraw is made at the insistence of the Defendant, as he believes that counsel would not be effective and that counsel has not represented him properly.

WHEREFORE, the Defendant's counsel hereby moves this Honorable Court to enter an Order allowing the Motion to Withdraw as Counsel and for such other relief as the Court deems appropriate.

                                               **LARRY ALLEN CLAY, JR.**

                                               **By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Counsel for Defendant

# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA,**

**V.**                                                 **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

     **DEFENDANT.**

## CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"MOTION TO WITHDRAW AS COUNSEL"** has been served upon all parties via the Court's electronic filing system on the 10th day of December, 2024

        Jennifer Rada Herrald, Assistant U.S. Attorney
        U.S. Attorney's Office
        300 Virginia Street, East, Room 400
        Charleston, West Virginia  25301

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    Counsel for Defendant